# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 05-80102-WRS |
| | Chapter 13 |
| EDDIE N. BERRY, | |
|     Debtor | |
| EDDIE N. BERRY, | |
|     Plaintiff | Adv. Pro. No. 05-8008-WRS |
| v. | |
| HOMEQ SERVICING CORPORATION, | |
|     Defendant | |

## MEMORANDUM DECISION

    This Adversary Proceeding is before the Court on the Plaintiff's motion for judgment by default. (Doc . 19). It appears from the record that Defendant HOMEQ Servicing Corporation has been properly served with process. The Plaintiff contends that HOMEQ has a second mortgage on his residence which is wholly unsecured and seeks a determination that the mortgage does not attach. As it appears that the Plaintiff is entitled to judgment, the Court will enter judgment by way of a separate document.

    Done this 4th day of January, 2006.

                                              /s/ William R. Sawyer
                                              United States Bankruptcy Judge

c: John M. Caraway Jr., Attorney for Plaintiff
   HomeQ Servicing Corporation